ALLEN WEBB, Appellant, *v.* JOHN B. CERASOLI et al., Respondents.

Argued December 1, 1949; decided December 29, 1949.

*George Meyl* and *Bernard Cohen* for appellant.

*Kenneth J. Dugan* and *P. C. Dugan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and BROMLEY, JJ. Taking no part: CONWAY, J.